UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-62094-RS

TANGLE INC.,

      Plaintiff,

vs.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

      Defendants.

### ORDER GRANTING MOTION TO SEAL

This matter is before the Court on Plaintiff's Motion to File Under Seal [DE 7]. Plaintiff requests that Schedule "A" to Plaintiff's Complaint in this matter be filed under seal until the Court has the opportunity to rule on Plaintiff's request for *ex parte* relief and, if granted, the relief ordered therein has been effectuated. The Court, having reviewed Plaintiff's Motion to File Under Seal, the record, and upon consideration, it is hereby,

**ORDERED** that:

1. Plaintiff's Motion to File Under Seal [DE 7] is **GRANTED**.

2. Schedule "A" to Plaintiff's Complaint shall be filed under seal and shall remain under seal until further order from this Court.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of November, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE